IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTIAN G. STORY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-17-1156-M |
| OKLAHOMA COUNTY, et al., | ) |
| Defendants. | ) |

## ORDER

On December 29, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging unconstitutional conditions of confinement. The Magistrate Judge recommended that plaintiff's complaint be dismissed without prejudice for failure to state a claim upon which relief may be granted and that the Court decline to exercise supplemental jurisdiction over any state law claims asserted. Plaintiff was advised of his right to object to the Report and Recommendation by January 19, 2018. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 10] issued by the Magistrate Judge on December 29, 2017;

(2) DISMISSES plaintiff's § 1983 claims without prejudice for failure to state a claim upon which relief may be granted; and

(3) DECLINES to exercise supplemental jurisdiction over any state law claims asserted.

**IT IS SO ORDERED this 1st day of February, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE